**Order entered January 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01175-CV

### SHAUN BURGESS, Appellant

### V.

### CASTLE KEEPERS, INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01984-2012**

## ORDER

Before the Court is appellant's motion to extend time to file reporter's record. In his motion, appellant asks the Court to extend time to file the reporter's record because he lacks the funds to pay for a complete record and intends to request and pay for a partial record as allowed by rule 34.6(c) . We **GRANT** appellant's motion as follows: Court Reporter Marigay Black is **ORDERED** to file, within **THIRTY DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verfication that appellant has not requested or paid for the record. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record.* *See* TEX. R. APP. P. 37.3(C).

Appellant's brief shall be due **THIRTY DAYS** after either the reporter's record is filed or the Court Reporter verification is filed.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE